KARL J. KRAMER (CA SBN 136433)
ROBERT L. McKAGUE (CA SBN 187461)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
kkramer@mofo.com

*E-filed 3/16/06*

Attorneys for Plaintiff
SYNAPTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNAPTICS, INC., a Delaware corporation,<br><br>               Plaintiff,<br><br>     v.<br><br>AVERATEC, INC, a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>               Defendants. | Case No.    C06-00523 HRL<br><br>**STIPULATED [PROPOSED] ORDER** |

Plaintiff Synaptics, Inc. ("Synaptics") is the owner of United States Patent Nos. 5,543,591 ("the '591 patent"), 5,880,411 ("the '411 patent"), 5,943,052 ("the '052 patent"), and 6,380,931 ("the '931 patent"). On January 27, 2006, Synaptics sued Averatec, Inc. ("Averatec") for infringement of the '591, '411, '052, and '931 patents.

WHEREAS, Synaptics and Averatec (collectively "the Parties") have resolved and have agreed upon a private damages settlement;

NOW THEREFORE, the Parties consent to the entry of the following Order:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.     Except as set forth herein, this action is hereby dismissed with prejudice as against Averatec. Each party shall bear its own costs and attorneys' fees associated with litigation of this matter prior to the entry of this Order.

2.     For the life of the '591, '411, '052, and '931 patents, Averatec is enjoined from using in the United States, making in the United States, having made in the United States, selling in the United States, offering for sale in the United States, or importing into the United States for sale, the touch-pad systems accused of infringement in this action furnished directly or indirectly by Elantech Devices Corporation, or its affiliates or related companies, or any touch-pad systems that infringe claims of the '591, '411, '052, and '931 patents. Nothing in this Order precludes Averatec from purchasing and/or reselling touch-pad systems that are licensed by Synaptics.

3.     This Court has and retains jurisdiction over the parties to this action and the subject matter of this litigation, and any action to enforce or modify this Order.

4.     In any suit to enforce the terms of this Order, the party seeking enforcement shall be entitled to reasonable attorneys' fees and costs if that party demonstrates that there was a violation of the terms of this Order.

1  Dated: March 8, 2006          KARL J. KRAMER
                                 ROBERT L. McKAGUE
2                                MORRISON & FOERSTER LLP

3

4                                By:  ___s/Karl J. Kramer_____
                                      Karl J. Kramer
5
                                      Attorneys for Plaintiff
6                                     SYNAPTICS, INC.

7
   Dated: March 8, 2006          KAREN H. BROMBERG
8                                COHEN & GRESSER LLP

9

10                               By:  ___s/Karen H. Bromberg_____
                                      Karen H. Bromberg
11
                                      Attorneys for Defendant
12                                    AVERATEC, INC.

13

14

15

16

17                            **ORDER**

18       Based upon the foregoing Stipulation of counsel and good cause appearing therefor,

19   IT IS SO ORDERED.

20       Dated:  ___3/16/06_____

21
                                 _____
22                               Honorable Howard R. Lloyd
                                 U.S. Magistrate Judge
23

24

25

26

27

28

STIPULATED [PROPOSED] ORDER
CASE NO. C06-00523 HRL                                                     3

1   I, KARL J. KRAMER, am the ECF User whose ID and password are being used to file

2 this STIPULATED [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I

3 hereby attest that Karen H. Bromberg, Attorney for Defendant Averatec, Inc., has concurred in

4 this filing.

5

6 Dated:  March 8, 2006

           MORRISON & FOERSTER LLP

7

8          By:  s/Karl J. Kramer

9             Karl J. Kramer

             Attorneys for Plaintiff

10            SYNAPTICS, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED [PROPOSED] ORDER
CASE NO. C06-00523 HRL

4