1  KARL J. KRAMER (CA SBN 136433)
   ROBERT L. McKAGUE (CA SBN 187461)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California 94304-1018
   Telephone: (650) 813-5600
4  Facsimile: (650) 494-0792                    *E-filed 3/16/06*
   kkramer@mofo.com
5
   Attorneys for Plaintiff
6  SYNAPTICS, INC.

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12 SYNAPTICS, INC., a Delaware corporation,        Case No.   C06-00523 HRL
13                 Plaintiff,
                                                   STIPULATED [PROPOSED]
14       v.                                        CONSENT JUDGMENT ORDER

15 AVERATEC, INC, a California corporation; and
   PROSTAR COMPUTER, INC., a California
16 corporation,

17                 Defendants.

18

19

20

21

22

23

24

25

26

27

28

STIPULATED [PROPOSED] CONSENT JUDGMENT ORDER
CASE NO. C06-00523 HRL
pa-1046309

Plaintiff Synaptics, Inc. ("Synaptics") is the owner of United States Patent Nos. 5,543,591 ("the '591 patent"), 5,880,411 ("the '411 patent"), 5,943,052 ("the '052 patent"), and 6,380,931 ("the '931 patent"). On January 27, 2006, Synaptics sued Prostar Computer, Inc.. ("Prostar") for infringement of the '591, '411, '052, and '931 patents. Synaptics and Prostar (collectively "the Parties") have resolved and have agreed upon a private damages settlement. Accordingly, both parties consent to the entry of the following judgment:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Judgment is entered for the plaintiff Synaptics. Each party shall bear its own costs and attorneys' fees associated with litigation of this matter prior to the entry of this Order.

2. For the life of the '591, '411, '052, and '931 patents, Prostar is enjoined from using in the United States, making in the United States, having made in the United States, selling in the United States, offering for sale in the United States, or importing into the United States for sale, any touch-pad systems that infringe claims of the '591, '411, '052, and '931 patents. Nothing in this Order precludes Prostar from purchasing and/or reselling touch-pad systems that are licensed by Synaptics.

3. This Court has and retains jurisdiction over the parties to this action and the subject matter of this litigation, and any action to enforce or modify this Consent Judgment.

4. In any suit to enforce the terms of this Order, the party seeking enforcement shall be entitled to reasonable attorneys' fees and costs if that party demonstrates that there was a violation of the terms of this Order.

Dated: March 15, 2006

KARL J. KRAMER
ROBERT L. McKAGUE
MORRISON & FOERSTER LLP

By: s/Karl J. Kramer
Karl J. Kramer
Attorneys for Plaintiff
SYNAPTICS, INC.

STIPULATED [PROPOSED] CONSENT JUDGMENT ORDER
CASE NO. C06-00523 HRL
pa-1046309

2

Dated: March 15, 2006

LAW OFFICE OF VINCENT Y. LIN

By: _____
    Vincent Y. Lin
    Attorneys for Defendant
    PROSTAR COMPUTER, INC.

### ORDER

Based upon the foregoing Stipulation of counsel and good cause appearing therefor, IT IS SO ORDERED.

Dated: 3/16/06

_____
Honorable Howard R. Lloyd
U.S. Magistrate Judge

STIPULATED [PROPOSED] CONSENT JUDGMENT ORDER
CASE NO. C06-00523 HRL
pa-1046309

3

## ATTESTATION

I, KARL J. KRAMER, am the ECF User whose ID and password are being used to file this STIPULATED [PROPOSED] CONSENT JUDGMENT ORDER. In compliance with General Order 45, X.B., I hereby attest that Vincent Lin, attorney for defendant, ProStar Computer, Inc., has concurred in this filing.

Dated: March 15, 2006

        MORRISON & FOERSTER LLP

      By: s/Karl J. Kramer
         Karl J. Kramer

         Attorneys for Plaintiff
         SYNAPTICS, INC.